ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| LAE-NDW JV, LLC | ) ASBCA Nos. 61987, 62188 |
| | ) |
| Under Contract No. N40080-11-D-0475 | ) |

APPEARANCE FOR THE APPELLANT:     H. Todd Whay, Esq.
                                  Baker, Cronogue, Tolle & Werfel, LLP
                                  Mclean, VA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Robyn L. Hamady, Esq.
                                  David M. Ruddy, Esq.
                                   Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MELNICK

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $550,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: May 23, 2022

_____
Mark A. Melnick
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                  J. REID PROUTY
Administrative Judge                  Administrative Judge
Acting Chairman                       Vice Chairman
Armed Services Board                  Armed Services Board
of Contract Appeals                   of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 61987, 62188, Appeals of
LAE-NDW JV, LLC, rendered in conformance with the Board's Charter.

        Dated: May 25, 2022


                                      PAULLA K. GATES-LEWIS
                                      Recorder, Armed Services
                                      Board of Contract Appeals